# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| Fidel Trujillo, individually and on behalf of other similarly situated employees, Plaintiff<br>v.<br>Mediterranean Kitchens, Inc. dba Pita Inn and Falah Tabahi, individually, Defendants | Case No: 1:17-cv-01887<br>Judge: Hon. John J. Tharp, Jr. |

## JOINT STIPULATION OF DISMISSAL

The parties to the above entitled action, by their respective counsel, and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), stipulate that this matter shall be dismissed in its entirety, with prejudice, with each party incurring its own attorneys' fees and costs.

Respectfully submitted on Friday, January 12, 2018.

| | |
|---|---|
| /s/ Valentin T. Narvaez<br>Plaintiff's Counsel<br>Consumer Law Group, LLC<br>6232 N. Pulaski, Suite 200<br>Chicago, IL  60646 | /s/ James Roland Griffin<br>Defendants' Counsel<br>Schain Banks Kenny & Schwartz<br>70 W. Madison St., Suite 5300<br>Chicago, IL 60602 |